## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAL TRELSKI, | CASE NO: 3:15-cv-00309-JAM |
| Plaintiff, | |
| v. | |
| ALLIED INTERSTATE, LLC, | |
| Defendant. | |

## NOTICE OF VOLUNTARY
## DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

NOW COMES, the Plaintiff, MICHAL TRELSKI, by and through his attorney, the LAW OFFICES OF JOSHUA B. KONS, LLC, and for his Notice of Voluntary Dismissal of Defendant ALLIED INTERSTATE, LLC, the Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses his case.

2. Plaintiff requests that the dismissal of the above captioned matter be *with prejudice* and without costs to either party.

Dated this April 23, 2015

Respectfully submitted,
**MICHAL TRELSKI**

By: /s/ Joshua B. Kons

Joshua B. Kons (ct28936)
LAW OFFICES OF JOSHUA B. KONS, LLC
50 Albany Turnpike, Suite 4024
Canton, CT 06019
T: 860-920-5181
E: joshuakons@konslaw.com

1

## **CERTIFICATION**

I hereby certify that on this 23rd day of April, 2015, a copy of the foregoing Notice of Voluntary Dismissal of Action with Prejudice Pursuant to Rule 41(a) was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                     By: /s/ Joshua B. Kons
                                             Joshua B. Kons